UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 01-7359 CIV-MIDDLEBROOKS

DOLPHIN MARINE TOWING, INC.,
a Florida corporation, and
PATRICK LEWIS, individually,

Magistrate Judge: Bandstra

    Plaintiffs,

vs.

L.C.C.I. CONSTRUCTION CORPORATION,
a Florida corporation and FIDELITY & GUARANTY
INSURANCE COMPANY, a foreign corporation and
BRIAN LAW, an individual,

    Defendants.
_____/

FIDELITY & GUARANTY INSURANCE
COMPANY,

    Cross-Plaintiff/Third Party Plaintiff

vs.

L.C.C.I. CONSTRUCTION CORPORATION and
BRIAN LAW, individually,

    Cross-Defendants, and

CEDRIC E. LAW, individually, and CLARE V.
LAW, individually,

    Third Party Defendants.

_____/

## FINAL JUDGMENT

Pursuant to the Stipulation entered into between the parties,

**IT IS ADJUDGED** that Cross-Plaintiff/Third Party Plaintiff, FIDELITY & GUARANTY INSURANCE COMPANY, recover from Cross-Defendants, L.C.C.I. CONSTRUCTION COMPANY and BRIAN LAW, jointly and severally, the amount of $45,000.00 and attorneys' fees

FILED by _____ D.C.
APR 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

and costs in the amount of $5,000, making a total of $50,000, that shall bear interest at the Statutory rate, for which let execution issue.

**ORDERED AND ADJUDGED at** Palm Beach County, Florida on April 24, 2002.

_____
U.S. DISTRICT COURT JUDGE

Copies furnished to:

Carlos M. Llorente, Esquire
John S. Yudin Esquire
Brian Law
Cedric Law
Clare Law